IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC M. MISKOVITCH, <br><br>              Plaintiff, <br><br>v. <br><br>L.T. HOSTOFFER; L.T. LOWTHER; C.O. ROSADO; C.O. HUTCHINSON; C.O. JOHN DOE #1; DEPUTY WARDEN STEPHEN J. CMAR; WARDEN JOHN R. WALTON; COMMISSIONER THOMAS C. CERASO; COMMISSIONER PHIL LIGHT; CHAIRMAN TOM BALYA; L.T. LUIS LEON; MAJOR DONIS; CAPTAIN REESE; WARDEN RAMON RUSTIN; C.O. WORRALL; C.O. PERRY WRIGHT; C.O. FARRELL; DR. RODRIGUEZ; PSYCHIATRIC NURSE "LEROY"; C.O. JOHN DOE #2; C.O. JOHN DOE #3; C.O. MAZZOCCA; C.O. NORM MARTIN; C.O. CRAWLEY; C.O. HANCOCK; C.O. PICCOLA; L.T.MAUST; SGT. JOHN DOE #4 (a/k/a the training sergeant); DR. PETRAS; C.O. "KEITH"; and SUPERINTENDENT DAVID DIGUGLIELMO, <br><br>              Defendants. | Civil Action No. 06 - 1410 <br><br>Chief Judge Donetta W. Ambrose / Magistrate Judge Lisa Pupo Lenihan <br><br>Doc. Nos. 6 & 7 |

## ORDER

On October 10, 2006, the above captioned case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. On that date, Plaintiff filed a Motion to Proceed *In Forma Pauperis*, along with two "Briefs" in support of preliminary injunctive relief (doc. nos. 6 & 7), which the Court determined should be treated as motions for preliminary injunctive relief.

The Magistrate Judge's Report and Recommendation (doc. no. 12), filed on January 29, 2007, recommended that the Motions for Preliminary Injunctive Relief be denied. Plaintiff filed Objections to the Report and Recommendation (doc. no. 14), which upon review, are without merit.

After review of the pleadings and documents in the case, together with the report and recommendation, and the objections thereto, the following order is entered:

AND NOW, this 6th day of February, 2007;

**IT IS HEREBY ORDERED** that the Motions for Preliminary Injunctive Relief (doc. nos. 6 & 7) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 12) of Magistrate Judge Lenihan, dated January 29, 2007, is adopted as the opinion of the court.

By the Court:

Donetta W. Ambrose
United States District Judge, Chief

cc:   The Honorable Lisa Pupo Lenihan
      United States Magistrate Judge

      Eric M. Miskovitch
      DA - 5989
      S.C.I. Graterford
      Post Office Box 244
      Graterford, PA  19426-0244